UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IOTTIE INC. and WORLDSHOPPE CO. LTD, <br><br> Plaintiffs, <br><br> v. <br><br> HSM CO. LTD, YOUNGKYU YEO, ONETTO and ABC CORP. 1–10, <br><br> Defendants. | No. 25-cv-2642 (RA) <br><br> ORDER |

RONNIE ABRAMS, United States District Judge:

For the reasons discussed at today's telephonic conference, discovery is stayed pending resolution of Plaintiffs' motion to remand. Defendants' opposition to that motion is due by May 14, 2026, and any reply shall be filed within seven days of the opposition. *See* SDNY Local Civil Rule 6.1(d). To the extent the motion to remand is denied, Defendants shall file their response to Plaintiffs' amended complaint, Dkt. No. 15, within fourteen days of that denial.

SO ORDERED.

Dated:   May 2, 2025
        New York, New York

_____
Ronnie Abrams
United States District Judge