UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IOTTIE INC. and WORLDSHOPPE CO. LTD,<br><br>      Plaintiffs,<br><br>    v.<br><br>HSM CO. LTD, YOUNGKYU YEO, ONETTO and ABC CORP. 1–10,<br><br>      Defendants. | No. 25-cv-2642 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

  The Court will hear oral argument on Plaintiffs' motion to remand on June 5, 2025 at 3:00 p.m. in Courtroom 1506, Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007.

SO ORDERED.

Dated:   May 27, 2025
      New York, New York

                     Ronnie Abrams
                     United States District Judge