UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IOTTIE INC. and WORLDSHOPPE CO. LTD,

Plaintiff,

v.

HSM CO. LTD, YOUNGKYU YEO, ONETTO and ABC CORP. 1–10, fictitious names used until actual names known,

Defendants.

No. 25-cv-2642 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On July 9, 2025, the Court issued an opinion denying Plaintiffs' motion to remand on the ground that there was no reasonable possibility that Worldshoppe Co. Ltd could state a claim against any defendant. *See* Dkt. No. 29. Accordingly, Worldshoppe Co. Ltd is dismissed from the case. *See Khan v. CXA-16 Corp.*, No. 16-cv-6672 (RA), 2017 WL 1906885, at *4 (S.D.N.Y. May 5, 2017) (dismissing defendant after denying motion to remand that challenged assertion of fraudulent joinder). Plaintiffs' motion to stay its deadline for responding to Defendants' answer and counterclaims is denied as moot. *See* Dkt. No. 27 (requesting stay pending resolution of the motion to remand). The parties shall also submit to the Court a proposed case management plan and scheduling order, *see* https://nysd.uscourts.gov/hon-ronnie-abrams, which they should adjust in light of Defendants' patent counterclaims in order to address the additional scheduling issues raised by the Local Patent Rules, *see* https://www.nysd.uscourts.gov/sites/default/files/local_rules/2025-01-02%20Joint%20SDNY-EDNY%20Local%20Rules.pdf

The Clerk of Court is respectfully directed to terminate the motion pending at docket entry 27.

SO ORDERED.

Dated:    July 11, 2025
          New York, New York

_____
Ronnie Abrams
United States District Judge