UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IOTTIE, INC.,

                Plaintiff,

      v.

HSM CO., LTD, ONETTO, YOUNGKYU YEO and ABC CORP. 1–10,

                Defendants.

No. 25-cv-2642 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    On August 4, 2025, Plaintiff filed a proposed case management plan. No later than August 15, 2025, Defendants shall notify the Court whether they have any objections to Plaintiff's proposal.

SO ORDERED.

Dated:    August 12, 2025
              New York, New York

                                          Ronnie Abrams
                                          United States District Judge