UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IOTTIE INC.,

Plaintiff,

v.

HSM CO., LTD., ONETTO, YOUNGKYU YEO, ABC CORP. 1-10, *fictitious names used until actual name known*,

Defendants.

25-CV-2642 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

In light of the fact that briefing on claim construction is now complete, the Court hereby orders that a Claim Construction Hearing pursuant to *Markman v. Westview Instruments, Inc.*, 517 U.S. 370 (1996), will be held on November 17, 2026 at 10:30 a.m. at the Thurgood Marshall United States Courthouse, Courtroom 1506, 40 Foley Square, New York, NY 10007.

SO ORDERED.

Dated: October 8, 2026
New York, New York

Ronnie Abrams
United States District Judge